# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Matthew Dewayne Smith

Inmate Identification Number: 188623C-W-37

100 Warrior Lane

Bessemer Al 35023

(Enter above the full name of the plaintiff in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Sergeant Murphy, Nurse McClaine, and Nurse Demmings, Individually and in their official capacities

CV-16-HA-1251-S

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: N/A

           Defendant(s): N/A

2. Court (if Federal Court, name the district; if State Court, name the county) ___N/A___

3. Docket number _____

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. Place of present confinement ___Donaldson Correctional Facility___

A. Is there a prisoner grievance procedure in this institution? For medical only
   Yes (✓)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes (✓)    No ( )

C. If your answer is YES:

   1. What steps did you take? ___Two medical grievances and I wrote a complaint to the Warden and a request slip___

   2. What was the result? ___No answers on the medical grievances and the Warden over looked the complaint___

D. If your answer is NO, explain why not: ___N/A___

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) _Matthew Dewayne Smith_

Address _Donaldson Correctional Facility, 100 Warrior Lane, Bessemer Alabama 35023_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _Sergeant Murphy_

Is employed as _A Correctional Sergeant_

at _Donaldson Correctional Facility_

C. Additional Defendants _Nurse McClain is employed through Corizon as a Nurse for D.O.C. Nurse Demmings is employed through Corizon as a Nurse for D.O.C. and they both worked at Donaldson Correctional Facility_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_See Attached Sheet labeled Statement of Claims IV. Facts_

4

# STATEMENT OF CLAIM

## IV FACTS:

1. On March 4th, 2016 I complained to the officer working V and W, lock up cubicle of pains I was experiencing due to hemorrhoid problems and ask to see medical.

2. The officer called the infirmary and explained the situation and they told him to tell me to fill out a sick call form.

3. I filled out a sick call and turned one in to the cube officer and I gave one to the nurse making pill call rounds.

4. I was screened by a nurse for sick call on Monday March 7th 2016. She took my vitals and gave me a cream to use.

5. I applied the cream to my rectum on three (3) different occasions. (1) When I first got the cream, (2) Around 12:00pm noon, Monday March 7th 2016, and (3) Right before I went to sleep that night around 9:30pm

6. I woke around 2:30 AM Tuesday, March 8th 2016 to discover I was bleeding real heavy from my rectum, I immediatly called for a officer.

7. The officer arrived and I told him I was bleeding and in pain and showed him my blood stained boxers.

8. The officer immediatly contacted the infirmary to inform them that he was bringing a seg inmate who was bleeding and in pain.

9. The Nurse on duty told the officer to tell me to fill out a sick call slip.

10. I explained to the officer that I already put in a sick call slip about this problem and was given a cream to use, and I think the cream is causing me to bleed like this, and showed him the box

11. The officer told me to get dressed he was taking me to the infirmary himself.

12. When we entered the back screening area, I heard a nurse - Nurse McClain - say " Didn't I tell you I aint got time for that shit?, Take him back to his block."

13. The officer tried to explain the situation once again but the nurse cut him off saying "I don't care,! Tell him to put in a sick call slip!"

14. Around this time Nurse Demmings walked in to the screening area and Nurse McClain told her the situation.

15. Nurse Demmings stated Ughhh! Put in a sick call slip, I aint got time for that.

16. When I tried to explaine to her that I already put in a sick call slip about this problem she cut me off telling the officer working the infirmary "Get him away from me, Im scared for my life!"

17. Even though I was standing a good 10 feet away from her with my hands cuffed behind my back with a officer standing between us.

18. I immediatly asked to see a supervisor.

19. Nurse Demmings stated "There she is right there – pointing to Nurse McClain – Now what?!"

20. I told them "I know my rights and the both of you are refusing me medical treatment.

21. Nurse Demmings stated "Whatever!" as she walked off.

22. I asked the officer who took me to the infirmary to take me to his supervisor and he walked me to the shift office.

23. When we entered the shift office, Sergeant Murphy was on the phone with someone from the infirmary, he hung up and before I could speak, he stated they don't want to see you, put in a sick call slip or else.

24. I filled out a second sick call slip about this problem and returned to my cell, bloody and all. My serious medical need was ignored.

Respectfully submitted
Matthew Smith
Signature of the Plaintiff

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to grant me a declaration that the actions of the defendants violated my 8th Amendment right. Grant me compensatory damages in the amount of $10,000 against each defendant jointly and severly. Grant me Punitive damages in the amount of $10,000 against each defendant, and a jury trial if necessary

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 22nd 2016___.

_Matthew Smith_ 188623
SIGNATURE

ADDRESS _Donaldson Correctional Facility_
_100 Warrior Lane_
_Bessemer Alabama 35023_
AIS# _188623_

5

## INMATE REQUEST SLIP

Name _Matthew Smith_   Quarters _W-37_   Date _4/24/16_

AIS # _188623_

( ) Telephone Call      ( ) Custody change       ( ) Personal Problem

( ) Special Visit       ( ) Time Sheet           (✓) Other _Mail_

Briefly Outline Your Request – Then Drop In Mail Box

Mail Room – I have some evidence that I'm trying to mail to Jefferson County Courthouse. My evidence has dried blood on them. How do I send this out from lock up? Its very, very important that I get this to the courts and I want to do it in a orderly fashion. What steps do I take? Its not paper. Its a package form. Let me know – Thanks   Matthew Smith

Do Not Write Below This Line – For Reply Only

I was not sure how to handle this request so I asked Warden Miree. She to me to tell you to "Check with your Attorney"   Mailroom

4/25/16

Approved        Denied        Pay Phone        Collect Call

Request Directed to: (Check One)

( ) Warden              ( ) Deputy Warden                       ( ) Captain

( ) Classification Supervisor   ( ) Legal Officer – Notary Public   ( ) Record Office

N176        (Exhibit A & B)

## INMATE REQUEST SLIP

Name **Matthew Smith**   Quarters **W-37**   Date **3/22/16**
AIS # **188623**

( ) Telephone Call    ( ) Custody change    (✓) Personal Problem
( ) Special Visit     ( ) Time Sheet        (✓) Other **Help!**

Briefly Outline Your Request – Then Drop In Mail Box

Warden Bolling - I wrote you complaining about the way I was treated in the infirmary on March 5th -- 7th. Any way - I'm in desperate need of new boxers. I just recieved a 6 month issue right before this incedent so I already know the laundry is not going to issue me no-more. Will you help me? And - I'm saving the bloody underwear as evidence for my civil suit - Is it a way I can have pictures taken of the under-wear incase something happens to them? Thanks Matthew Smith

Do Not Write Below This Line – **For Reply Only**

No, sir we cannot take pictures of your underwear. Warden Bolling

Approved       Denied       Pay Phone       Collect Call

Request Directed to: (Check One)
(X) Warden              ( ) Deputy Warden                    ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer – Notary Public   ( ) Record Office

**Warden Bolling**

N176

Correctional Medical Services

[✓] **Medical Grievance**    [ ] **Medical Grievance Appeal**

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

Matthew Smith    188623       W-37      3/10/16
NAME              AIS #         UNIT       DATE

**PART A---Inmate Grievance**

I'm sending in this complaint to complain about the refusal of medical treatment by two of your nurses. Nurse McClain and Nurse Demmings I came to the infirmary because I was bleeding from my rectum real heavy because of a cream I used for a hemorroid problem. When I tried to get help I was told to put in a sick call even though I was in sever pain and bleeding real heavy. I had a police take me to the infirmary where I was flat out denied treatment. One Nurse even went as far as to demand the officer working the infirmary to get me away from her, she was scared for her life! even though I was wearing cuffs. I've also noticed that this grievance form is 1 sheet instead of 2 so I could get a copy. So I took the liberty to write this grievance twice to keep on hand for my personal records.

Matthew Smith
INMATE SIGNATURE

**PART B –RESPONSE**                          DATE RECEIVED_____

No Response!

CMS Department Head Signature

DATE

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
[ ] Medical    [ ] Dental    [ ] Mental Health    [ ] Other

| | | | | |
|---|---|---|---|---|
| [ ] | I Quality of Onsite Care | | [ ] | VI Timeliness of Specialty Care |
| [ ] | II Quality of Specialty Care | | [ ] | VII Medication Issues |
| [ ] | III Access to Onsite Care | | [ ] | VIII Treatment and Testing Issues |
| [ ] | IV Access to Specialty Care | | [ ] | IX Care Staff Conduct |
| [ ] | V Timeliness of Onsite Care | | [ ] | X Other |

AL-7147-CMS Inmate Grievance                Original Medical File - Yellow to Patient

INMATE COPY!    (Exhibit C + D)

Correctional Medical Services

[✓] Medical Grievance          [ ] Medical Grievance Appeal

Check the appropriate above box which identifies the type of grievance you are filing. Be aware that you may not check the appeal box if you have not previously submitted a grievance for the same issue.

NAME: Matthew Smith     AIS #: 188623     UNIT: W-37     DATE: 3/23/16

**PART A—Inmate Grievance**

I'm writing this complaint because I never did recieve a response to my March 10th 2016 grievance about the refusal of medical from two Nurses - Nurse McClain + Nurse Demmings. I also took the liberty to write a complaint to the warden - Warden Boiling about the situation. Once again I notice that this grievance form only have 1 sheet instead of 2 so I can obtain a copy for my records. So I took the liberty to write this complaint twice. One for the medical and one for myself. Today's date is 3/23/16 at 12:00 pm. I'm turning this form or the 1st form just like this one into the cube officer of V + W lock up like I was told to do.

INMATE SIGNATURE: Matthew Smith

**PART B – RESPONSE**          DATE RECEIVED _____

No Response!

Again

_____
CMS Department Head Signature

_____
DATE

If you wish to appeal a grievance response you may file a Grievance Appeal. Return the completed form to the attention of the Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**MEDICAL ADMINISTRATOR USE ONLY:**
[ ] Medical   [ ] Dental   [ ] Mental Health   [ ] Other

| | | | |
|---|---|---|---|
| [ ] | I Quality of Onsite Care | [ ] | VI Timeliness of Specialty Care |
| [ ] | II Quality of Specialty Care | [ ] | VII Medication Issues |
| [ ] | III Access to Onsite Care | [ ] | VIII Treatment and Testing Issues |
| [ ] | IV Access to Specialty Care | [ ] | IX Care Staff Conduct |
| [ ] | V Timeliness of Onsite Care | [ ] | X Other |

AL-7147-CMS Inmate Grievance                    Original Medical File - Yellow to Patient

Inmate Copy